**2013 UT App 251**

## THE UTAH COURT OF APPEALS

STATE OF UTAH,
Plaintiff and Appellee,
*v.*
BRITTANY GAYLE MITCHELL,
Defendant and Appellant

Per Curiam Decision
No. 20120849-CA
Filed October 18, 2013

Third District Court, Salt Lake Department
The Honorable Deno G. Himonas
No. 121908378

Herschel Bullen, Attorney for Appellant
John E. Swallow and Jeanne B. Inouye, Attorneys
for Appellee

Before JUDGES JAMES Z. DAVIS, CAROLYN B. MCHUGH, AND
J. FREDERIC VOROS JR.

PER CURIAM:

¶1     Brittany Gayle Mitchell appeals her sentences after she pleaded guilty to attempted possession or use of a controlled substance, a class A misdemeanor, and use or possession of drug paraphernalia, a class B misdemeanor. We affirm.

¶2     "[A] trial court's sentencing decision will not be overturned unless it exceeds statutory or constitutional limits, the judge failed to consider all of the legally relevant factors, or the actions of the judge were so inherently unfair as to constitute an abuse of discretion." *State v. Killpack*, 2008 UT 49, ¶ 59, 191 P.3d 17.

¶3     Mitchell does not assert that her sentences exceed statutory or constitutional limits, or that the district court failed to consider all of the legally relevant factors. Instead, Mitchell asserts, without further analysis or argument, that her sentences are excessive "in light of [her] background and the crime committed," as well as "the interests of society which underlie the criminal justice system." These generalized complaints do not establish that her sentences are so inherently unfair as to constitute an abuse of discretion.

¶4     Affirmed.

———